# Third District Court of Appeal

## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1955
Lower Tribunal No. 18-42803
_____

## Heritage Property & Casualty Insurance Company,
Appellant,

vs.

## Mirko Gross and Gloria Gross,
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

Link & Rockenbach, PA and Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach), for appellant.

Mintz Truppman, P.A., and Timothy H. Crutchfield, for appellees.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.